Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

CLERK, U.S. DISTRICT COURT
JAN 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD FITZGERALD POWELL, | Case No. CV 08-0541-VAP(RC) |
| Petitioner, | |
| vs. | JUDGMENT |
| JAMES A. YATES (WARDEN), | |
| Respondent. | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: January 31, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-0541.jud
1/30/08